# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129912

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                             SC: 129912
                                             COA: 254329

SARA JANE JOHNSON,
             Defendant-Appellant.
                                              Oakland CC: 2003-193037-FH

_____/

      On order of the Court, the application for leave to appeal the October 11, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                                   _____

t1219                                                         Clerk